36 A.3d 104

Robert L. HARTLEY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## ORDER

PER CURIAM.

AND NOW, this 19th day of January, 2012, the Order of the Commonwealth Court is AFFIRMED.